UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
In re                                                                          Chapter 11

Madison Hotel, LLC                                                   Case no. 11-12560

                    Debtor.
----------------------------------------------------------x

## ORDER SCHEDULING INITIAL CASE CONFERENCE

      Madison Hotel, LLC (the "Debtor ") having filed a petition for reorganization under chapter 11 of the Bankruptcy Code on May 16, 2011, and the Court having determined that a case management conference will aid in the efficient conduct of the case, it is

      ORDERED, pursuant to 11 U.S.C. § 105(d), that an initial case management conference will be conducted by the undersigned Bankruptcy Judge in Room 501, United States Bankruptcy Court, One Bowling Green, New York, New York 10004 on June 21, 2011 at 2:00 p.m., or as soon thereafter as counsel may be heard, to consider the efficient administration of the case, which may include, *inter alia,* such topics as retention of professionals, creation of a committee to review budget and fee requests, use of alternative dispute resolution, timetables, and scheduling of additional case management conferences; and it is further

      ORDERED, that the Debtor shall give notice by mail of this order at least seven days prior to the scheduled conference to each committee appointed to serve in the case pursuant to 11 U.S.C. § 1102 (or, if no committee has been appointed, to the holders of the 10 largest unsecured claims), the holders of the five largest secured claims, any postpetition lender to the Debtor, and the United States Trustee, and shall promptly file proof of service of such notice with the Clerk of the Court.

Dated: New York, New York
      **May 31, 2011**

                                            **/s/Martin Glenn**
                                    UNITED STATES BANKRUPTCY JUDGE