Jeffrey D. Ganz
jganz@riemerlaw.com
RIEMER & BRAUNSTEIN, LLP
Three Center Plaza
Boston, Massachusetts 02108
617-880-3568
*ATTORNEYS FOR 62 MADISON LENDER, LLC*

# UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| In Re: | |
|---|---|
| MADISON HOTEL, LLC, | Case No. 11-12560-MG |
| Debtors | Chapter 11 |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Riemer & Braunstein LLP appears in the above-captioned case as attorneys for 62 Madison Lender, LLC, and that pursuant to Fed. R. Bank. P. 2002, 9007 and 9010(b) and 11 U.S.C. §§ 102(1), 342 and 1109(b), all notices given or required to be given and all papers served or required to be served shall be given to and served as set forth below:

> Jeffrey D. Ganz, Esquire
> Riemer & Braunstein LLP
> Three Center Plaza
> Boston, Massachusetts 02108
> Telephone: (617) 880-3568
> Fax: (617) 692-3568
> E-mail: jganz@riemerlaw.com

Dated: Boston, Massachusetts
      May 31, 2011

                                        RIEMER & BRAUNSTEIN LLP
                                        Attorneys for 62 Madison Lender, LLC
                                        Three Center Plaza
                                        Boston, MA 02108
                                        (617) 880-3568

                                        By:   */s/ Jeffrey D. Ganz*
                                                  Jeffrey D. Ganz