Michael A. Cardozo
 Corporation Counsel of the
 City of New York
Attorney for the City of New York
100 Church Street, Room 5-247
New York, New York 10007
By: Bernadette Brennan (BB-4353)
    Assistant Corporation Counsel
    212-788-0841

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
In re,

MADISON HOTEL, LLC.,

                              Debtor.

-------------------------------------------------------------------x

**Chapter 11**

Case No. 11-12560-MG

### NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS OF THE CITY OF NEW YORK

**PLEASE TAKE NOTICE,** that pursuant to Section 1109(b) of Title 11 of the United States Code and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure, The City of New York hereby appears in the above-captioned case by its counsel, MICHAEL CARDOZO, Corporation Counsel for the City of New York.

Request is hereby made pursuant to Bankruptcy Rule 2002 for service of all papers, including, but not limited to, orders, reports, pleadings, motions, applications or petitions, and answering and reply papers, filed in the above-captioned case by mailing one copy of any such paper to:

MICHAEL A. CARDOZO
Corporation Counsel of the
City of New York
100 Church Street. Room 5-247
New York, New York 10007
Attn: Bernadette Brennan, Esq.

**PLEASE TAKE FURTHER NOTICE,** that the foregoing request includes, pursuant to Rule 3017 of the Federal Rules of Bankruptcy Procedure, copies of each disclosure statement and plan of reorganization filed or to be filed in the above-captioned case.

Dated: New York, New York
June 16, 2011

MICHAEL A. CARDOZO
Corporation Counsel of the
City of New York

By: //Bernadette Brennan
Bernadette Brennan (BB-4353)
Assistant Corporation Counsel
100 Church Street, Rm. 5-247
New York, New York 10007
(212)788-0841

To: Mark Frankel, Esq.
Backenroth, Frankel & Krinsky, LLP
489 Fifth Avenue
New York, NY 10017

Office of the United States Trustee
Southern District of New York
33 Whitehall Street
New York, New York 10004

STATE OF NEW YORK )
: SS.:
COUNTY OF NEW YORK )

MARY OROURKE, being duly sworn, deposes and says that:

1. I am not a party to the action, I am over 18 years of age and reside in Bronx County, New York.

2. On June 16, 2011, I caused a true copy of the affixed Notice of Appearance and Demand for Service of Papers to be served upon the parties on the attached service list via electronic filing. The United States Trustee's Office and parties unable to receive copies via electronic filing will receive hard copies served in an envelope via first class mail to be deposited into a designated depository maintained by the United states Postal service.

_____
Mary O'Rourke

Sworn to before me this
16th day of June 2011

_____
**NOTARY PUBLIC**

CASSANDRA BENOIT
Notary Public, State of New York
No.01BE6196346
Qualified in Queens County
Commission Expires Dec. 22, 20 12