**The Mave Hotel**  *Rooms*
**New York, NY**     72

| | 2012 | % | 2013 | % | 2014 | % | 2015 | % | 2016 | % | Total | % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Available Rooms | 26,280 | | 26,280 | | 26,352 | | 26,280 | | 26,280 | | 131,472 | |
| Occupied Rooms | 22,312 | | 22,601 | | 22,663 | | 22,601 | | 22,601 | | 112,777 | |
| Occupancy | 84.9% | | 86.0% | | 86.0% | | 86.0% | | 86.0% | | 85.8% | |
| Average Rate | $235.08 | | $244.48 | | $254.26 | | $264.43 | | $275.01 | | $254.70 | |
| Revenue per Available Room | $199.58 | | $210.26 | | $218.67 | | $227.41 | | $236.51 | | $218.49 | |
| | | | | | | | | | | | | |
| **REVENUES** | | | | | | | | | | | | |
| Rooms | 5,245,039 | 96.0% | 5,525,516 | 96.2% | 5,762,280 | 96.3% | 5,976,398 | 96.4% | 6,215,454 | 96.5% | 28,724,687 | 96.3% |
| Food | | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |
| Beverage | | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |
| Total Food & Beverage | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |
| Telephone | 16,729 | 0.3% | 16,936 | 0.3% | 17,444 | 0.3% | 17,967 | 0.3% | 18,506 | 0.3% | 87,583 | 0.3% |
| Potential Restaurant Rental | 200,000 | 3.7% | 202,000 | 3.5% | 204,020 | 3.4% | 206,060 | 3.3% | 208,121 | 3.2% | 1,020,201 | 3.4% |
| Antenna | 92,000 | 1.7% | 92,000 | 1.6% | 92,000 | 1.5% | 92,000 | 1.5% | 92,000 | 1.4% | 460,000 | 1.5% |
| Total Revenues | 5,461,768 | 100.0% | 5,744,452 | 100.0% | 5,983,745 | 100.0% | 6,200,426 | 100.0% | 6,442,081 | 100.0% | 29,832,471 | 100.0% |
| | | | | | | | | | | | | |
| **DEPARTMENTAL PROFITS** | | | | | | | | | | | | |
| Rooms | 3,496,690 | 66.7% | 4,116,509 | 74.5% | 4,321,710 | 75.0% | 4,482,299 | 75.0% | 4,661,590 | 75.0% | 21,078,799 | 73.4% |
| Food | 0 | 5.0% | 0 | 6.0% | 0 | 7.2% | 0 | 8.3% | 0 | 9.5% | 0 | #DIV/0! |
| Beverage | 0 | 40.0% | 0 | 41.5% | 0 | 42.5% | 0 | 43.5% | 0 | 40.0% | 0 | #DIV/0! |
| Total Food & Beverage | 0 | #DIV/0! | 0 | #DIV/0! | 0 | #DIV/0! | 0 | #DIV/0! | 0 | #DIV/0! | 0 | #DIV/0! |
| Telephone | (21,809) | -130.4% | (21,866) | -129.1% | (21,429) | -122.8% | (21,000) | -116.9% | (20,580) | -111.2% | (41,584) | -47.5% |
| Potential Restaurant Rental | 200,000 | 100.0% | 200,000 | 99.0% | 200,000 | 98.0% | 200,000 | 97.1% | 200,000 | 96.1% | 1,000,000 | 98.0% |
| Antenna | 92,000 | 100.0% | 92,000 | 100.0% | 92,000 | 100.0% | 92,000 | 100.0% | 92,000 | 100.0% | 460,000 | 100.0% |
| Total Departmental Profits | 3,766,881 | 69.0% | 4,386,643 | 76.4% | 4,592,282 | 76.7% | 4,753,298 | 76.7% | 4,933,010 | 76.6% | 22,432,115 | 75.2% |
| | | | | | | | | | | | | |
| **UNDISTRIBUTED EXPENSES** | | | | | | | | | | | | |
| Administratiave & General | 218,471 | 4.0% | 225,025 | 5.2% | 231,776 | 5.2% | 238,729 | 5.2% | 245,891 | 5.2% | 1,159,891 | 3.9% |
| Credit Card Commissions | 136,544 | 2.5% | 143,611 | 2.5% | 149,594 | 2.5% | 155,011 | 2.5% | 161,052 | 2.5% | 745,812 | 2.5% |
| Management Fee | 163,853 | 3.0% | 172,334 | 3.0% | 179,512 | 3.0% | 186,013 | 3.0% | 193,262 | 3.0% | 894,974 | 3.0% |
| Franchise Fees | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |
| Advertising & Sales | 355,015 | 6.5% | 365,665 | 6.6% | 376,635 | 6.3% | 387,934 | 6.3% | 399,572 | 6.2% | 1,884,822 | 6.3% |
| Repairs & Maintenance | 136,544 | 2.5% | 140,641 | 4.1% | 144,860 | 2.4% | 149,206 | 2.4% | 153,682 | 2.4% | 724,932 | 2.4% |
| Utilities | 147,468 | 2.7% | 151,892 | 2.9% | 156,449 | 2.6% | 161,142 | 2.6% | 165,976 | 2.6% | 782,926 | 2.6% |
| Total Undistributed Expenses | 1,157,895 | 21.2% | 1,199,167 | 20.9% | 1,238,825 | 20.7% | 1,278,034 | 20.6% | 1,319,436 | 20.5% | 6,193,357 | 20.8% |
| | | | | | | | | | | | | |
| House Profit | 2,608,986 | 47.8% | 3,187,476 | 55.5% | 3,353,457 | 56.0% | 3,475,264 | 56.0% | 3,613,575 | 56.1% | 16,238,758 | 54.4% |
| | | | | | | | | | | | | |
| **FIXED EXPENSES** | | | | | | | | | | | | |
| Taxes | 326,108 | 6.0% | 336,217 | 5.9% | 346,640 | 5.8% | 357,386 | 5.8% | 368,465 | 5.7% | 1,734,816 | 5.8% |
| Insurance | 90,000 | 1.6% | 93,600 | 1.6% | 97,344 | 1.6% | 101,238 | 1.6% | 105,287 | 1.6% | 487,469 | 1.6% |
| Mortgage (Interest only paymen | 1,200,000 | 22.0% | 1,200,000 | 20.9% | 1,200,000 | 20.1% | 1,200,000 | 19.4% | 1,200,000 | 18.6% | 6,000,000 | 20.1% |
| Leases | 1,500 | 0.2% | 1,500 | 0.0% | 1,500 | 0.0% | 1,500 | 0.0% | 1,500 | 0.0% | 7,500 | 0.0% |
| Total Fixed Expenses | 1,617,608 | 29.6% | 1,631,317 | 28.4% | 1,645,484 | 27.5% | 1,660,124 | 26.8% | 1,675,252 | 26.0% | 8,229,785 | 27.6% |
| Capital reserve | 54,618 | 1.0% | 114,889 | 2.0% | 179,512 | 3.0% | 186,013 | 3.0% | 193,262 | 3.0% | 728,294 | 2.4% |
| NOI | 936,760 | 17.2% | 1,441,270 | 25.1% | 1,528,460 | 25.5% | 1,629,128 | 26.3% | 1,745,060 | 27.1% | 7,280,678 | 24.4% |

We have prepared the accompanying projected operating statements for the Mave  Hotel for the five years starting in 2012

. These statements are for information and discussion purposes only. The Mave Hotel is postioned as a 3 Star modern Boutique Hotels with leased out F&B ($16.6K/mo) and roof antenna ($7.66K/mo).

Accordingly, we make no warranties or representation of guarantee regarding the results depicted by these projections.