Jeffrey D. Ganz
jganz@riemerlaw.com
Steven E. Fox
sfox@riemerlaw.com
Brett J. Nizzo
bnizzo@riemerlaw.com
RIEMER & BRAUNSTEIN, LLP
Seven Times Square
New York, New York 10036
212-789-3100
*ATTORNEYS FOR 62 MADISON LENDER, LLC AND
NOMAD MEZZ LENDING, LLC*

Hearing Date: August 31, 2011
Hearing Time: 2:00 p.m.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re                                                                    Chapter 11

MADISON HOTEL, LLC,                                       Case No. 11-12560 (MG)

        Debtor.
------------------------------------------------------------x
In re                                                                    Chapter 11

MADISON HOTEL OWNERS, LLC,                        Case No. 11-12334 (MG)

        Debtor.
------------------------------------------------------------x

## NOTICE OF MOTION OF 62 MADISON LENDER, LLC AND NOMAD MEZZ LENDING, LLC FOR ORDER PURSUANT TO BANKRUPTCY RULE 2004 DIRECTING THE EXAMINATION OF AND PRODUCTION OF DOCUMENTS BY CHAIM COHEN

**PLEASE TAKE NOTICE** that on August 11, 2011, 62 Madison Lender, LLC ("62 Madison") and Nomad Mezz Lending, LLC ("Nomad", and together with 62 Madison, the "Senior Lenders"), filed the annexed Motion (the "Motion") seeking the issuance and entry of an order pursuant to Fed.R.Bankr.P. 2004, inter alia, directing the examination of, and production of documents by Chaim Cohen ("Cohen").

**PLEASE TAKE FURTHER NOTICE** that the Senior Lenders will move before the Honorable Martin Glenn in the United States Bankruptcy Court for the Southern District of New York, located at Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004, on August 31, 2011, at 2:00 p.m. or as soon thereafter as counsel may be heard, seeking the relief requested in the Motion.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the relief sought in the Motion must be in writing, state with particularity the reasons underlying such objection, and be served on the undersigned counsel to the Senior Lenders in accordance with the time, form, and substance requirements of the Federal Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court for the Southern District of New York.

IF YOU OR YOUR ATTORNEY DO NOT TAKE THESE STEPS, THE COURT MAY DECIDE THAT YOU DO NOT OPPOSE THE RELIEF SOUGHT IN THE MOTION AND MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT IN THE MOTION.

Dated: August 11, 2011
      New York, New York

                                    Respectfully submitted,

                                    RIEMER & BRAUNSTEIN LLP
*Counsel to 62 Madison Lender, LLC and Nomad Mezz Lending, LLC*

By: */s/ Jeffrey D. Ganz*
     Jeffrey D. Ganz
     Steven E. Fox
     Brett J. Nizzo
     Times Square Tower
     Seven Times Square, Suite 206
     New York, New York 10036
     Tel.: (212) 789-3100

1362219.1