UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re                                                        Chapter 11

Madison Hotel Owners, LLC,                                   Case No. 11-12334

                Debtor.
-----------------------------------------------------------x
In re                                                        Chapter 11

Madison Hotel, LLC,                                          Case No. 11-12560

                Debtor.
-----------------------------------------------------------x

## RESPONSE TO MOTION TO TERMINATE EXCLUSIVITY

      Madison Hotel Owners, LLC and Madison Hotel, LLC ("Debtors"), as and for their response to the motion made by 62 Madison Lender, LLC and Nomad Mezz Lending, LLC to terminate exclusivity, respectfully represent as follows: to the extent that the Court approves the Debtors' Disclosure Statement, the Debtors oppose the Motion so that the Debtors can complete their plan process as contemplated by section 1121 of the Code.

Dated:  New York, New York
         September 22, 2011

                              **BACKENROTH FRANKEL & KRINSKY, LLP**

                    By:  s/Mark Frankel
                          489 Fifth Avenue
                          New York, New York 10017
                          (212) 593-1100